AGRICULTURAL INSURANCE COMPANY et al., Appellants, v. ELMHURST CONTRACTING CO., INC., Respondent, et al., Defendants.

Argued April 17, 1945; decided July 19, 1945.

The following questions were certified:

" 1. May the defendant, Elmhurst Contracting Co., Inc., in this action for a declaratory judgment, interpose counterclaims against the plaintiffs?

" 2. May the defendant, Elmhurst Contracting Co., Inc., in this action for a declaratory judgment, interpose the pleading asserted against the impleaded defendant, Alan H. Bonito & Co., Inc., and make said impleaded defendant a party to this action? "

*David A. Ticktin* and *James B. Wigdor* for appellants.
*Clarence F. Corner* and *Gilbert F. Regan* for respondent.

Order affirmed, with costs. First and second questions certified answered in the affirmative. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.